UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DONALD HILL, individually and on behalf of similarly situated persons | CIVIL ACTION NO. 3:15-cv-01062 |
| VERSUS | JUDGE JAMES |
| JOHNNY'S PIZZA HOUSE, INC. | MAGISTRATE JUDGE HAYES |

**ORDER APPROVING STIPULATED FORM
OF NOTICE OF COLLECTIVE ACTION**

This matter is before the Court on the Joint Motion to Approve Stipulated Form of Notice of Collective Action Lawsuit filed jointly by Plaintiff Donald Hill and Defendant Johnny's Pizza House, Inc. The parties request that the Court approve their stipulation to conditionally certify this case as a collective action under the FLSA and authorize that notices agreed to by the parties be sent to all current and former delivery drivers employed by Defendant for the past three years. An FLSA action may be brought by an employee "on behalf of himself…and all other employees similarly situated," but "[n]o employee shall be a party plaintiff to any such action unless he gives his consent in writing to become such a party and such consent is filed with the court in which such action is brought. 29 U.S.C. § 216(b). At the initial notice stage, the "courts appear to require nothing more than substantial allegations that the putative class members were together the victims of a single decision, policy or plan…." [Doc. # 26, at 5]. Based on a review of Plaintiff's Complaint [Doc. # 1], the stipulation of the parties, and the proposed notice, the Court is satisfied that

Plaintiff has met the necessary threshold and will conditionally certify the case as a collective action under the FLSA.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Approve Stipulated Form of Notice of Collective Action is GRANTED.

IT IS FURTHER ORDERED that Defendant will make the agreed upon disclosures to Plaintiff on or before November 13, 2015 and that, by November 30, 2015, Plaintiff will mail the agreed upon notice to all current and former delivery drivers employed by Defendant during the three year period prior to the date of this Order.

Dated this 19th day of October, 2015.

_____
U. S. Magistrate Judge